PROB 12C (10/98)

**United States District Court**
**for the**
**District of Utah**



FILED

**Petition and Order for Warrant or Summons for Offender Under Supervision**

Name of Offender: **Cynthia Breen**                    Docket **Number: 2:97CR-00028-001-B**

Name of Sentencing Judicial Officer: **Dee V. Benson**

Date of Original Sentence: **May 5, 1997**

Original Offense: **Distribution of Controlled Substance**
Original Sentence: **36 months**
Type of Supervision:    **Supervised Release**                    Supervision Began: **November 16, 1997**

## PETITIONING THE COURT

[ X ]        To issue a summons            1587 East Winder Lane
                                           Holladay, Utah  84124

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation #1:** On October 4, 1999, the defendant informed this officer that she had been using cocaine over the two *week period preceding our contact. On October 27, 1999, the defendant appeared before the Supervising United States Probation Officer for an Administrative Staffing to admit this allegation and agree to comply with alternative sanctions to incarceration. Because the defendant has continued to use cocaine, this allegation has been reinstated for disposition by the Court.

**Allegation #2:** On November 9, 1999, the defendant failed to submit a urine sample as required by the terms of her supervised release.

**Allegation #3:** On November 15, 1999, a home visit was conducted at the defendant's residence based upon reliable information which indicated that the defendant had been abusing  crack cocaine.  The defendant acknowledged that she had been smoking cocaine over the weekend and indicated that she needed inpatient treatment for her addiction to cocaine. The defendant submitted a urine sample which provided an initial positive test result for the presence of cocaine. This specimen; barcode number 0250800200, has been submitted to PharmChem for confirmation.

                                    Respectfully submitted,

                          by        *Kevin C. McKenna*

                                    Kevin C. McKenna, U.S. Probation Officer
                                    Date: November 16, 1999

## THE COURT ORDERS:

[ ✓ ]    The issuance of a Warrant
[  ]    The issuance of a Summons
[  ]    No action
[  ]    Other

                                    *Dee Benson*
                                    ~~David K. Winder~~  *Dee V. Benson*
                                    ~~Senior~~ United States District Judge

                          Date: 11-22-99

46

jag

United States District Court
for the
District of Utah
November 23, 1999


* * MAILING CERTIFICATE OF CLERK * *


Re:  2:97-cr-00028


True and correct copies of the attached were mailed by the clerk to the following:


Mr. Bruce C Lubeck, Esq.
US ATTORNEY'S OFFICE
,
JFAX 9,5245985

Mr. Robert M. Archuleta, Esq.
333 S DENVER ST
SALT LAKE CITY, UT  84111
JFAX 9,3630142

USMS
DISTRICT OF UTAH
,
JFAX 9,5245134

US Probation
DISTRICT OF UTAH
,
JFAX 9,5261136